UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, Plaintiff, -v- STATE NATIONAL INSURANCE COMPANY, Defendant. | : | 26-CV-4599 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

On June 10, 2026, Defendant was served with the Complaint, and proof of service was filed with the Court. *See* ECF No. 7. To date, Defendant has failed to appear in this action. No later than **July 13, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendant or if it has any other reason to believe that Defendant has actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: July 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge