USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 10/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

Plaintiff,

-v-

STATE NATIONAL INSURANCE COMPANY,

Defendant.

**ORDER**

26-CV-4599 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on October 2, 2026. The undersigned will hold a further conference via telephone to discuss settlement procedures and scheduling a future settlement conference on **November 4, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 232 295 254#).

**SO ORDERED.**

Dated: October 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge