USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

Plaintiff,

-v-

STATE NATIONAL INSURANCE COMPANY,

Defendant.

**ORDER**

26-CV-4599 (JMF)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on November 4, 2026 to discuss settlement procedures and scheduling a future settlement conference. The parties reported that a settlement conference would not be productive until they can resolve a particular factual dispute that they described during the conference. Both sides believe that it is best to engage in discovery for now. If the parties later decide that a settlement conference would be productive, they should file a letter motion on the docket requesting a conference.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge